# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00660-CV

**In re Ricky Lee Meredith**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Meredith has petitioned this Court for a writ of mandamus ordering the district court to conduct a hearing on Meredith's post-conviction application for writ of habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2007). A hearing is required, however, only if the district court determines that there are controverted, previously unresolved facts material to the legality of Meredith's confinement, and even then the court may resolve the fact issues by means other than a hearing. *Id*. art. 11.07, § 3(c), (d). The conduct of a hearing by the district court is not a ministerial duty that can be compelled by mandamus. *See Deleon v. District Clerk*, 187 S.W.3d 473, 474 (Tex. Crim. App. 2006). Moreover, we have determined that Meredith's writ application was forwarded to the court of criminal appeals, where it was denied without written order on the basis of the district court's findings. *Ex parte Meredith*, No. WR-67,944-01 (Tex. Crim. App. Oct. 10, 2007).

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).[1]


_____

Diane Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Filed:  December 18, 2007

---

[1]  Meredith's motion for production of evidence is dismissed.